PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:04-CR-72 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ROBERT L. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

     August 24, 2004, Defendant Robert L. Jackson was sentenced to sixty months as to Count 1 of the Indictment, unlawful transport of firearms. Upon release from prison, supervised release was ordered for three years with standard and special conditions of release. Defendant was further ordered to participate in an outpatient mental health treatment program as directed by the probation officer. Defendant was also ordered to submit his person, residence, place of business, computer or vehicle to a warrantless search. Defendant was ordered to pay a special assessment of $100.00 and a fine of $1000.00.

     On December 18, 2012, a Violation Report was filed alleging two new law violations, possession of a controlled substance and drug use. On June 11, 2013, a Preliminary Examination and Supervised Release Violation Hearing was held before Magistrate Judge George J. Limbert. A Report and Recommendation was filed on June 11, 2013 (See ECF No. 27), and no objections have been filed.

     IT IS ORDERED that the Court adopts the Magistrate Judge's Report and

(1:04-CR-72)

Recommendation (ECF No. 27) and finds that the Defendant has violated the terms of his supervised release. As Defendant is currently serving a state sentence, it is ordered that a warrant be issued and lodged as a detainer with the Ohio Department of Rehabilitation and Corrections for sentencing on the supervised release violations.

    IT IS SO ORDERED.


 July 9, 2013                          */s/ Benita Y. Pearson*
Date                                  Benita Y. Pearson
                                         United States District Judge